AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Lawson, Jr., Roger H. | 2. Court or Organization<br><br>Middle District, Georgia | 3. Date of Report<br><br>05/01/2014 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
|---|---|---|

| 7. Chambers or Office Address<br><br>P.O. Box 838<br>475 Mulberry Street<br>Macon, Georgia 31202 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/96 | Georgia Retirement System for Superior Court Judges |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Georgia Judicial Retirement System--Retirement | $90,262.08 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Teacher's Retirement System of Georgia--Retirement |
| 2. 2013 | First United Methodist Church--Wages |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/01/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sunmark Bancshares, Inc. | A | Dividend | J | U | | | | | |
| 2. Merrill Lynch IRA | | | | | | | | | |
| 3. --Merrill Lynch - FIA Card Services | A | Interest | J | T | | | | | |
| 4. --Merrill Lynch - Blackrock Global | A | Interest | J | T | | | | | |
| 5. --Lincoln National Life Legacy III Plus | | None | L | T | | | | | |
| 6. Merrill Lynch | | | | | | | | | |
| 7. --Merrill Lynch Bank USA | A | Interest | K | T | | | | | |
| 8. --Transamerica Life Ins. Co.-Transamerica Landmark Annuity | | None | L | T | | | | | |
| 9. --Transamerica Life Ins. Co.- Transamerica Landmark Annuity | | None | K | T | | | | | |
| 10. ▓▓▓▓Hawkinsville,Pulaski County, GA | | None | N | W | | | | | |
| 11. Wells Fargo-High Yield Bond Fund A | A | Dividend | K | T | | | | | |
| 12. Franklin Georgia Tax-Free Income Fund-Class A | A | Dividend | J | T | | | | | |
| 13. Rental House, ▓▓▓▓ Hawkinsville,Pulaski Co., GA. | C | Rent | K | W | | | | | |
| 14. ▓▓▓▓Pulaski County, Georgia Und. Interest | | None | K | W | | | | | |
| 15. Rental House, ▓▓▓▓ Hawkinsville, GA. Und. Inter | C | Rent | K | W | | | | | |
| 16. Merrill Lynch | | | | | | | | | |
| 17. Merrill Lynch Deposit Account | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   --Regions Financial Corp. | A | Dividend | K | T | | | | | |
| 19.   --Pimco Income Fund Cl C | | None | J | T | Buy | 10/10/13 | J | | |
| 20.   --Tribute Pharmaceuticals Inc | | None | J | T | Sold (part) | 11/11/13 | J | | |
| 21.   --Nuveen Georgia Muni Bond Fund | D | Dividend | N | T | | | | | |
| 22.   --Virnetx Hldg Corp | | None | J | T | | | | | |
| 23.   --Legg Mason Western Asset | C | Dividend | M | T | | | | | |
| 24.   Sunmark Community Bank-Accounts | A | Interest | J | T | | | | | |
| 25.   Merrill Lynch | | | | | | | | | |
| 26.   --Merrill Lynch Deposit Account | A | Interest | J | T | | | | | |
| 27.   --Abbott Laboratories Common | A | Dividend | J | T | | | | | |
| 28.   --American Intl Group Inc Common | A | Dividend | J | T | | | | | |
| 29.   --Abbvie Inc SHS | A | Dividend | J | T | Spinoff (from line 27) | 01/07/13 | J | | |
| 30.   --AT&T Inc | A | Dividend | J | T | | | | | |
| 31.   --Automatic Data Processing Inc Common | A | Dividend | J | T | | | | | |
| 32.   --Chevron Texaco Corp Common | A | Dividend | J | T | | | | | |
| 33.   --Cintas Corp Common | A | Dividend | J | T | | | | | |
| 34.   --Coca-Cola Co. Common | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --General Electric Co., Common | A | Dividend | J | T | | | | | |
| 36. --Walt Disney Co. Common | A | Dividend | K | T | | | | | |
| 37. --E I Dupont De Nemours & Co . Common | A | Dividend | J | T | | | | | |
| 38. --Elephant Talk Commnct Inc | | None | J | T | | | | | |
| 39. --Exxon Mobile Corp Common | A | Dividend | J | T | | | | | |
| 40. --Illinois Tool Works Inc. | A | Dividend | J | T | | | | | |
| 41. --Eli Lilly & Co. Common | A | Dividend | J | T | | | | | |
| 42. --McDonald's Corp. Common | A | Dividend | J | T | | | | | |
| 43. --Medtronic Inc. Common | A | Dividend | J | T | | | | | |
| 44. --Pfizer Inc. Common | A | Dividend | J | T | | | | | |
| 45. --Proctor & Gamble Co. Common | A | Dividend | J | T | | | | | |
| 46. --Western Asset Managed Municipals Fd C | C | Dividend | M | T | | | | | |
| 47. --Walgreen Co. New Common | A | Dividend | J | T | | | | | |
| 48. --Wells Fargo & Co. New Common | A | Dividend | J | T | | | | | |
| 49. --WT 01 21American Intl | | None | J | T | | | | | |
| 50. --Legg Mason Western Asset | C | Dividend | M | T | | | | | |
| 51. Merck and Co., Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   Merrill Lynch | | | | | | | | | |
| 53.   --Blackrock Strategic Income Opprts | A | Dividend | J | T | | | | | |
| 54.   --Blackrock Multi Asset | A | Dividend | J | T | | | | | |
| 55.   --Blackrock Equity Dividend | A | Dividend | J | T | Sold (part) | 08/19/13 | J | A | |
| 56.   --Blackrock Global Allocation Fund | A | Dividend | J | T | | | | | |
| 57.   --DWS Rreef Global Infrast | A | Dividend | J | T | Buy | 08/19/13 | J | | |
| 58.   --Eaton Vance Equity Strategy | A | Dividend | J | T | Buy | 03/08/13 | J | | |
| 59.   --Doubleline Total Return | A | Dividend | | | Sold | 02/15/13 | J | A | |
| 60.   --Doubleline Core Fixed | A | Dividend | | | Sold | 02/08/13 | J | A | |
| 61.   --Franklin Rising Dividends Fund | A | Dividend | J | T | Sold (part) | 08/19/13 | J | A | |
| 62.   --Franklin Income Fd Adv | A | Dividend | J | T | | | | | |
| 63.   --Goldman Sachs Strategic | A | Dividend | J | T | | | | | |
| 64.   --Goldman Sachs Satellite | A | Dividend | K | T | | | | | |
| 65.   --IShares MSCI EAFE Index | A | Dividend | J | T | | | | | |
| 66.   --IShares Select | A | Dividend | J | T | Buy | 02/08/13 | J | | |
| 67. | | | | | Buy (add'l) | 02/15/13 | J | | |
| 68. | | | | | Buy (add'l) | 03/22/13 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

[ ] NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --IShares S & P 100 | A | Dividend | J | T | Buy | 02/08/13 | J | | |
| 70. --JP Morgan Income Builder | | None | J | T | Buy | 11/07/13 | J | | |
| 71. --JP Morgan Strategic | A | Dividend | J | T | Buy | 11/07/13 | J | | |
| 72. --Loomis Sayles Strategic | A | Dividend | J | T | | | | | |
| 73. --Pimco Income Fund | A | Dividend | J | T | | | | | |
| 74. --Pimco Total Return Fund | A | Dividend | | | Sold | 03/08/13 | J | A | |
| 75. --Pimco All Asset All | A | Dividend | | | Sold | 11/07/13 | J | A | |
| 76. --Powershares Exchange | A | Dividend | J | T | | | | | |
| 77. --Prudential Short | A | Dividend | J | T | Buy | 08/05/13 | J | | |
| 78. --SPDR Index SHS Fds | A | Dividend | J | T | Buy | 02/08/13 | J | | |
| 79. --Powershares CEF Inc Composite | | None | | | Buy | 01/15/13 | J | | |
| 80. | | | | | Buy (add'l) | 01/18/13 | J | | |
| 81. | | | | | Sold | 11/19/13 | J | A | |
| 82. --Alps Alerian MLP ETF | | None | | | Buy | 09/20/13 | J | | |
| 83. | | | | | Sold | 12/18/13 | J | A | |
| 84. --Spdr Gold Trust | | None | | | Sold | 03/27/13 | J | C | |
| 85. --Templeton Glbl Bond Fd | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  --The Oakmark Intl Fund | A | Dividend | J | T | Buy | 04/25/13 | J | | |
| 87.  --Thornburg Invst Income Builder | A | Dividend | J | T | | | | | |
| 88.  --Transamerica MLP & Energy | A | Dividend | J | T | Buy | 12/13/13 | J | | |
| 89.  --Vanguard Value ETF | A | Dividend | J | T | | | | | |
| 90.  --Vanguard Growth ETF | A | Dividend | J | T | | | | | |
| 91.  --Vanguard MSCI Emerging | A | Dividend | J | T | Buy (add'l) | 01/07/13 | J | | |
| 92. | | | | | Sold (part) | 09/20/13 | J | A | |
| 93.  --Wisdomtree Emerging Mkt | A | Dividend | | | Buy | 02/08/13 | J | | |
| 94. | | | | | Buy (add'l) | 02/13/13 | J | | |
| 95. | | | | | Sold | 09/20/13 | J | A | |
| 96.  --Yacktman Fund | A | Dividend | | | Sold | 04/25/13 | J | A | |
| 97.  --Lord Abbett Short Duration | | None | J | T | Buy | 11/19/13 | J | | |
| 98. | | | | | Sold (part) | 12/26/13 | J | A | |
| 99.  --IShares TR Dow Jones | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 20 -- Last year the name was Stellar Pharmaceuticals. The name was changed during the year to Tribute Pharmaceuticals.

During 2013, Legg Mason Western Asset changed its name to Western Asset Managed Minicipals.

In 2012 on Page 6, Line 46 we had listed Virntex Hldg Corp. During 2013, we realized that we actually had two "Virntex Hldg Corp", so we combined the two and they are both considered in the Page 5, Line 22.

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/01/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Roger H. Lawson, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544